GEORGE A. EDWARDS, as Executor of WILLIAM C. EDWARDS, Deceased, Landlord, Respondent, *v.* OLLEN RESTAURANT CORPORATION, Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, December 13, 1950.

*A. Peter Targum* for appellant.

*Anthony J. Weslan* for respondent.

Final order affirmed, with $25 costs.

Concur: STEINBRINK, FENNELLY and HOOLEY, JJ.